IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JISELLE ANDREWS, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NIKE, INC., | : | |
|     *Defendant* | : | No. 21-2793 |
| | : | |

**ORDER**

AND NOW, on this 29th day of October, 2021, upon consideration of Plaintiff Jiselle Andrews's Motion to Remand (Doc. No. 12) and Defendant Nike, Inc.'s Notice of Removal (Doc. No. 1), it is hereby **ORDERED** that:

1. The Motion to Remand (Doc. No. 12) is **GRANTED**;

2. The Motion for Order filed by Ms. Andrews (Doc. No. 14) is **DEEMED MOOT**;

3. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County for all further proceedings; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1